IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROSE M. CAMPBELL,

    Plaintiff,

vs.                                  CASE NO. 5:07cv196/RS-EMT

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The decision of the Commissioner is affirmed, and this case is dismissed.

3.    The clerk is directed to close the file.

**ORDERED** on August 22, 2008.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**